# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIRITZE ARAICO GARCIA (2),<br><br>Defendant. | Case No.: 21-CR-01681-TWR<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT THEREON** |

The United States' Motion to Dismiss the Indictment against Defendant Liritze Araico Garcia (ECF No. 13) is hereby GRANTED. The Indictment against Liritze Araico Garcia is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 7/15/2021

HON. Todd W. Robinson
United States District Judge